# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Wendy Kirby** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO.: 1:26-cv-1365** |
| | § | |
| **The Lincoln National Life Insurance Company** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**WAIVER OF SERVICE OF SUMMONS**

TO: Lonnie Roach
BEMIS, ROACH, & REED
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759

Lincoln National Life Insurance Company acknowledges receipt of your request that said entity waive service of a summons in the action of Wendy Kirby v. Lincoln National Life Insurance Company, which is case number 1:26-CV-1365, in the United States District Court for the Western District of Texas. Lincoln National Life Insurance Company has also received a copy of the Original Complaint in the action, two copies of this instrument, and a means by which said entity can return the signed waiver to you without cost to Lincoln National Life Insurance Company. Said entity agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Lincoln National Life Insurance Company be served with judicial process in the manner provided by Rule 4.

Lincoln National Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

Lincoln National Life Insurance Company understands that a judgment may be entered against said entity if an answer or motion under Rule 12 is not served upon you within sixty (60) days after Thursday, May 21, 2026, or within ninety (90) days after that date if the request was sent outside the United States.

June 2, 2026
Date

Signature
Printed/typed name: Iwana Rademaekers
Law Offices of Iwana Rademaekers, PC
as Counsel for Defendant, The Lincoln
of National Life Insurance Company

17304 Preston Road, Ste 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaints unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

[Adopted April 22, 1993, effected December 1, 1993]