# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Wendy Kirby,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **CIVIL NO.: 1:26-cv-01365-ABD** |
| | § | |
| | § | |
| **The Lincoln National Life** | § | |
| **Insurance Company,** | § | |
| | § | |
| *Defendant* | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S COUNTERCLAIM**

Plaintiff, Wendy Kirby, files his Response to Defendant's counterclaim and would show:

1. With respect to Defendant's paragraph 1 of Defendant's Counterclaim, Plaintiff denies she has breached her contract with Defendant. Plaintiff denies Defendant is entitled to a constructive trust or other equitable relief. Plaintiff denies she is in possession and control of any separate, identifiable funds that in equity and good conscience do not belong to her. Plaintiff would further show that her Social Security benefits are not subject to any legal or equitable lien as per 42 U.S.C. § 407(a). Plaintiff denies that Defendant is entitled legal relief from Plaintiff under any contractual, equitable, or legal theory, including unjust enrichment.

Plaintiff denies all further allegations contained in the Counterclaim not specifically admitted herein.

Respectfully submitted,

By: */s/ Lonnie Roach*
LONNIE ROACH
Texas State Bar No. 16967600

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

By my signature above, I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's ECF system to Iwana Rademaekers, the Law Offices of Iwana Rademaekers, P.C. on this 22nd day of July, 2026.